# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BENJAMIN JOSEPH HILL, | Case No. 22-CV-393 (NEB/JFD) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| THOMAS KEITH RUDENICK *in his individual and official capacities as a Ramsey County Sheriff's Deputy,* JOHN DOES *1-5, Ramsey County Sheriff's Office Deputies,* JOHN DOES *6-10, Ramsey County Sheriff's Office Supervisors,* THE COUNTY OF RAMSEY, THE RAMSEY COUNTY SHERIFF'S OFFICE, | |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: February 11, 2022

*John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge