AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:22–cv–00393–NEB–JFD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ramsey County Mgr. Ryan O'Connor was received by me on *(date)* 2/15/22.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* M. Chang, who is designated by law to accept service of process on behalf of *(name of organization)* Ramsey County Mgr. Ryan O'Connor on *(date)* 2/15/22; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 2/15/22

*Server's signature*

KeLLY Vruwink
*Printed name and title*

1060 Ohio St. W. St Paul, MN 55118
*Server's address*

Additional information regarding attempted service, etc: