CASE 0:22-cv-00393-NEB-DTS  Doc. 3  Filed 02/10/22  Page 6 of 10

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:22-cv-00393-NEB-JFD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Sheriff Robert Fletcher__
was received by me on *(date)* __2/15/22__.

☐ I personally served the summons on the individual at *(place)*_____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Dave__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Ramsey County Sheriff's Office__ on *(date)* __2/15/22__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __2/15/22__

_____Kelly V._____
Server's signature

__KELLY VRUWINK__
Printed name and title

__1060 Ohio St. W St Paul, MN 55118__
Server's address

Additional information regarding attempted service, etc: