# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin Joseph Hill, <br><br> Plaintiff, <br><br> v. <br><br> Thomas Keith Rudenick, in his individual nd official capacities as a Ramsey County Sheriff's Deputy, Defendant Ramsey County Sheriff's Office Deputies John Does 1-5, Defendant Ramsey County Sheriff's Office Supervisors John Does 6-10, the Ramsey County Sheriff's Office, and the County of Ramsey. <br><br> Defendants. | Case No.: 22-cv-393-NEB-DTS <br><br> **(PROPOSED) ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO ANSWER COMPLAINT** |

Pursuant to a Stipulation of the parties and Fed. R. Civ. P. 6 (b)(1)(A), the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended to **April 18, 2022.**

Date:_____                                          _____

                                                                    Hon. David T. Schultz
                                                                    Magistrate Judge
                                                                    United States District
                                                                    of Minnesota