**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Benjamin Joseph Hill, | Case No. 22-cv-393 (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Thomas Keith Rudenick, et al., | |
| Defendants. | |

---

The parties filed a stipulation [Dkt. No. 7] to extend the time to respond to the Complaint.

**IT IS HEREBY ORDERED:** Defendants shall have until **April 18, 2022** to answer or otherwise respond to plaintiff's Complaint.

Dated: February 22, 2022              _____s/David T. Schultz_____
                                      DAVID T. SCHULTZ
                                      U.S. Magistrate Judge