UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Benjamin Joseph Hill, | Civil No. 22-CV-00393 NEB/DTS |
| Plaintiff, | |
| vs. | |
| Thomas Keith Rudenick, in his individual and official capacities as a Ramsey County Sheriff's Deputy, Defendant Ramsey County Sheriff's Office Deputies John Does 1-5, Defendant Ramsey County Sheriff's Office Supervisors John Does 6-10, the Ramsey County Sheriff's Office, and the County of Ramsey, | |
| Defendants. | |

---

## NOTICE OF APPEARANCE

---

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that Jason M. Hiveley, Julia C. Kelly and Aaron M. Bostrom shall appear as counsel of record for Defendant Thomas Keith Rudenick in this case.

Dated: March 7, 2022

s/Jason M. Hiveley
Jason M. Hiveley, #311546
Julia C. Kelly, #392424
Aaron M. Bostrom, #401773
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN  55438
(952) 548-7200
jasonh@iversonlaw.com
julia@iversonlaw.com
aaron@iversonlaw.com
*Attorneys for Defendant Rudenick*