UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin Joseph Hill,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Thomas Keith Rudenick, in his individual and official capacities as a Ramsey County Sheriff's Deputy, Defendant Ramsey County Sheriff's Office Deputies John Does 1-5, Defendant Ramsey County Sheriff's Office Supervisors John Does 6-10, the Ramsey County Sheriff's Office, and the County of Ramsey.<br><br>　　　　　　Defendants. | Case No.: 22-cv-393-NEB-DTS<br><br>NOTICE OF APPEARANCE |

　　The undersigned attorney hereby notifies the Court, Plaintiff, and Co-Defendant Thomas Keith Rudenick, in his individual and official capacities as Ramsey County Sheriff's Deputy, that Robert B. Roche shall appear as co-counsel of record for Ramsey County Sheriff's Office Deputies John Does 1-5, Ramsey County Sheriff's Office Supervisors John Does 6-10, the Ramsey County Sheriff's Office, and the County of Ramsey in the above-captioned matter along with Assistant Ramsey County Attorney Rebecca Krystosek.

　　　　　　　　　　　　　　　　　　　　JOHN J. CHOI
　　　　　　　　　　　　　　　　　　　　RAMSEY COUNTY ATTORNEY

Dated:  March 8, 2022　　　　　　　　　By: /s/Robert B. Roche
　　　　　　　　　　　　　　　　　　　　　Robert B. Roche (#0289589)
　　　　　　　　　　　　　　　　　　　　Rebecca Krystosek (#0399953)
　　　　　　　　　　　　　　　　　　　　Assistant Ramsey County Attorney

121 Seventh Place East, Suite 4500
St. Paul, MN 55101
(651) 266-3230 (Roche)
(651) 266-3128 (Krystosek)
robert.roche@co.ramsey.mn.us
rebecca.krystosek@co.ramsey.mn.us


**ATTORNEYS FOR RAMSEY COUNTY DEFENDANTS**