UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin Joseph Hill, | Case No.: 22-cv-393-NEB-DTS |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| Thomas Keith Rudenick, in his individual and official capacities as a Ramsey County Sheriff's Deputy, Defendant Ramsey County Sheriff's Office Deputies John Does 1-5, Defendant Ramsey County Sheriff's Office Supervisors John Does 6-10, the Ramsey County Sheriff's Office, and the County of Ramsey. | |
| Defendants. | |

The undersigned attorney hereby notifies the Court, Plaintiff, and Co-Defendant Thomas Keith Rudenick, in his individual and official capacities as Ramsey County Sheriff's Deputy, that Rebecca Krystosek shall appear as co-counsel of record for Ramsey County Sheriff's Office Deputies John Does 1-5, Ramsey County Sheriff's Office Supervisors John Does 6-10, the Ramsey County Sheriff's Office, and the County of Ramsey in the above-captioned matter along with Assistant Ramsey County Attorney Robert B. Roche.

JOHN J. CHOI
RAMSEY COUNTY ATTORNEY

Dated:  March 8, 2022

By: /s/Rebecca Krystosek
Rebecca Krystosek (#0399953)
Robert B. Roche (#0289589)
Assistant Ramsey County Attorney

121 Seventh Place East, Suite 4500
St. Paul, MN 55101
(651) 266-3128 (Krystosek)
(651) 266-3230 (Roche)
rebecca.krystosek@co.ramsey.mn.us
robert.roche@co.ramsey.mn.us

**ATTORNEYS FOR RAMSEY COUNTY DEFENDANTS**