AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:22-cv-00393-NEB-JFD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* 100 W. Iron St. Bessemer, MI 49911 on *(date)* 3-1-22 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 3-1-22

_____ 2744
Server's signature

Travis Boelso, Deputy
Printed name and title

100 W. Iron St. Bessemer, MI 49911
Server's address

Additional information regarding attempted service, etc: