# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin Joseph Hill, | Case No. 22-cv-393 (DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Thomas Keith Rudenick, | |
| Defendant. | |

Counsel for Plaintiff Benjamin Hill, Paul Applebaum, moves to withdraw as counsel of record because Plaintiff has fired him "and wishes to either represent himself or retain new counsel." Dkt. No. 139.

**IT IS HEREBY ORDERED:**

1. The motion to withdraw as counsel (Dkt. No. 139) is **GRANTED**; and

2. Attorney Paul Applebaum shall provide a copy of this Order to Plaintiff Benjamin Hill.

Dated: March 17, 2025

      s/ David T. Schultz
      DAVID T. SCHULTZ
      U.S. Magistrate Judge