| State of Minnesota | District Court |
|---|---|
| County of: **Hennepin** | Judicial District: UNITED STATES DISTRICT COURT |
| | Court File Number: 22_CV- 00393 DTS |
| | Case Type: CIVIL |

**Benjamin Joseph Hill,**
_____
Plaintiff (First, Middle, Last)

vs.

**Thomas Keith Rudenick,**
_____
Defendant (First, Middle, Last)

**Responsive Notice of Motion and Motion**

TO: Jason Hively, #311546,  Stephanie A. Angolkar, #388336,   Ashley M. Ramstad, #402446

9321 Ensign Ave South
Bloomington, Mn 55438

## Notice

I will ask the court for an Order at a hearing scheduled as follows:

Date: **April 7, 2025**     Time: **11;00 A.M.**  a.m./p.m.

Courthouse address: U.S.. courthouse  300 South Fourth Street, Minneapolis MN 55415

Telephone: 612 664 5000

NOTE: Please contact the court with your current phone number and mailing address in case they need to notify you of any location or date/time change.

## MOTION

I am asking the court for an Order as follows:

1. ☐ Denying the other party's request for:
   **MOTION TO ENFORCE SETTLEMENT**

_____

SCANNED MAR 2 4 2025 U.S. DISTRICT COURT MPLS

RECEIVED MAR 2 1 2025 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

4. For any other relief the court feels is fair and equitable.

*Use another sheet of paper if you need more room.*

## Acknowledgment

By presenting this form to the court, I certify that to the best of my knowledge, information, and belief, the following statements are true. I understand that if a statement is not true, the court can order a penalty against me (such as to pay money to the other party, pay court costs, and/or other penalties).

1. The information I included in this form is based on facts and supported by existing law.
2. I am not presenting this form for any improper purpose. I am not using this form to:
   a. Harass anyone;
   b. Cause unnecessary delay in the case; or
   c. Needlessly increase the cost of litigation.
3. No judicial officer has said I am a frivolous litigant.
4. There is no court order saying I cannot serve or file this form.
5. This form does not contain any "restricted identifiers" or confidential information as defined in Rule 11 of the General Rules of Practice (https://www.revisor.mn.gov/

court_rules/gp/id/11/) or the Rules of Public Access to Records of the Judicial Branch (https://www.revisor.mn.gov/court_rules/rule/ra-toh/).

6. If I need to file "restricted identifiers," confidential information, or a confidential document, I will use Form 11.1 and/or Form 11.2, as required by Rule 11.

Dated: March 21, 2025

Signature

Name: Benjamin Joseph Hill

Address: 2037 Nokomis Ave.

City/State/Zip: St. Paul MN 55119

Telephone: (612) 453-9809

E-mail address: benhill26@yahoo.com